Brian L. PETERSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62702.

Missouri Court of Appeals,
Western District.

Aug. 10, 2004.

Andrew A. Schroeder, Kansas City, MO, for appellant.

Andrea K. Spillars, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ELLIS, P.J.,
BRECKENRIDGE and HOWARD, JJ.

## *ORDER*

PER CURIAM.

Brian L. Peterson appeals the denial of his Rule 24.035 motion for post-conviction relief, following an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the motion court is affirmed. Rule 84.16(b).